IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00619-PAB-KLM

FRANCO MARTINEZ,
DANA MARTINEZ, and
PAUL GOMEZ, JR.,

    Plaintiffs,

v.

THE CITY OF AURORA,
OFFICER TIMOTHY HUFFMAN,
OFFICER CHRISTOPHER CRUSER,
INVESTIGATOR KENNETH MARTINEZ,
OFFICER BRAD GRAHAM, and
SERGEANT RANDAL MOODY,

    Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO INVESTIGATOR KENNETH MARTINEZ**
_____

This matter comes before the Court on the Motion to Dismiss Investigator Kenneth Martinez Without Prejudice [Docket No. 23]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Investigator Kenneth Martinez Without Prejudice [Docket No. 23] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against Investigator Kenneth Martinez are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED August 29, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge