IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00619-PAB-KLM

FRANCO MARTINEZ,
DANA MARTINEZ, and
PAUL GOMEZ, JR.,

      Plaintiffs,

v.

THE CITY OF AURORA,
OFFICER TIMOTHY HUFFMAN,
OFFICER CHRISTOPHER CRUSER,
OFFICER BRAD GRAHAM, and
SERGEANT RANDAL MOODY,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendants' **Unopposed Motion to Modify Scheduling Order** [#29][1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**. The Amended Scheduling Order entered on August 11, 2014 [#22] and amended on October 10, 2014 [#27], is further modified to extend the following deadlines:

| | |
|---|---|
| • Rebuttal[2] Expert Disclosure Deadline | **February 12, 2015** |
| • Rule 702 Motions Deadline | **March 12, 2015** |
| • Discovery Deadline | **March 16, 2015** |

---

   [1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

   [2] Defendants refer to this deadline as "Defendants' Expert Disclosure" deadline. *Motion* [#29] at 2, 3. However, the Court notes that this Scheduling Order deadline requires "[t]he parties [to] designate all rebuttal experts" by this deadline. *Sched. Order* [#16] § 9(d)(4).

1

- Dispositive Motions Deadline **April 27, 2015**

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 16, 2015 at 11:00 a.m. is **VACATED** and **RESET** to **August 20, 2015** at **10:00 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **August 13, 2015**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.**

Dated: December 8, 2014