IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00619-PAB-KLM

FRANCO MARTINEZ,
DANA MARTINEZ, and
PAUL GOMEZ, JR.,

    Plaintiffs,

v.

THE CITY OF AURORA,
OFFICER TIMOTHY HUFFMAN,
OFFICER CHRISTOPHER CRUSER,
OFFICER BRAD GRAHAM, and
SERGEANT RANDAL MOODY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion to Amend Complaint** [#32][1] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 15.1(a), which requires that "[a] party who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added." In addition, the Motion does not comply with D.C.COLO.LCivR 10.1(e), which requires that "[a]ll pleadings and documents shall be double spaced." The Motion is subject to denial for failure to comply with these Local Rules. Further, the Motion cites to Colo. R. Civ. P. 121 instead of D.C.COLO.LCivR 7.1(a) when it states that Defendants do not object to the Motion. The Colorado Rules of Civil Procedure do not govern the parties' duty to confer in this federal lawsuit.

    IT IS HEREBY **ORDERED** that the Motion [#32] is **DENIED without prejudice**.

    Dated: January 5, 2015

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.