IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00619-PAB-KLM

FRANCO MARTINEZ,
DANA MARTINEZ, and
PAUL GOMEZ, JR.,

    Plaintiffs,

v.

THE CITY OF AURORA,
OFFICER TIMOTHY HUFFMAN,
OFFICER CHRISTOPHER CRUSER,
OFFICER BRAD GRAHAM, and
SERGEANT RANDAL MOODY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Amended Motion to Amend Complaint** [#36][1] (the "Motion"). The Motion attaches "as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added" in compliance with D.C.COLO.LCivR 15.1(a). However, Plaintiffs failed to file the proposed Amended Complaint as a separate document on the docket. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**.

    IT IS FURTHER **ORDERED** that Plaintiffs shall file the Amended Complaint as a separate document on the docket on or before **January 30, 2015**. Upon filing, the Amended Complaint will become the operative pleading in this case without further order of the Court.

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that Defendants shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

Dated: January 26, 2015