IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00619-PAB-KLM

FRANCO MARTINEZ,
DANA MARTINEZ, and
PAUL GOMEZ, JR.,

    Plaintiffs,

v.

THE CITY OF AURORA,
OFFICER TIMOTHY HUFFMAN,
OFFICER CHRISTOPHER CRUSER,
OFFICER BRAD GRAHAM, and
SERGEANT RANDAL MOODY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to File Rebuttal Reports** [#42][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#42] is **GRANTED**. The Amended Scheduling Order entered on August 11, 2014 [#22] and amended on October 10, 2014 [#27] and December 8, 2014 [#31], is further modified to extend the Rebuttal Expert Disclosure Deadline to **March 12, 2015**, for the limited purpose of allowing Plaintiffs to disclose experts to rebut Defendants' affirmative expert reports disclosed on February 12, 2015.

    Dated: March 4, 2015

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.